# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| **LEE A. CULP**,  Plaintiff, | )<br>)<br>)<br>) |
| v. | ) Case No. 2:16-cv-02241-JWL-KGS |
| **NORTHWEST PIPE CO.**, an Oregon corporation,  Defendant. | )<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Lee Culp, and Defendant, Northwest Pipe Co., by and through their counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate, consent and agree that this lawsuit and all claims and causes of action asserted therein by Plaintiff against Defendant are voluntarily dismissed with prejudice, with each party to pay their own costs and attorneys' fees associated with the litigation.

Respectfully Submitted,

| HOLLINGSHEAD, PAULUS, ECCHER & FRY | LITTLER MENDELSON, PC |
|---|---|
| By: /s/ Joshua P. Wunderlich | By: /s/ S. Jane Preuss |
| Joshua P. Wunderlich  D.Kan. 78506 | S. Jane Preuss     KS #20553 |
| j.wunderlich@hpelaw.com | jpreuss@littler.com |
| Ryan M. Paulus     D.Kan. 78276 | Jason Plowman    KS #26923 |
| r.paulus@hpelaw.com | jplowman@littler.com |
| 8350 N. St. Clair Ave. Suite 225 | 1201 Walnut St. #1450 |
| Kansas City, MO 64151 | Kansas City, Missouri 64106 |
| Telephone    (816) 581-4040 | Telephone    (816) 627-4400 |
| Facsimile    (816) 741-8889 | Facsimile    (816) 627-4444 |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |